ORIGINAL

MICHAEL W. THOMAS (SBN 5725)
INMAN • THOMAS LLP
1528 Eureka Road, Suite 101
Roseville, California 95661
Telephone: (916) 781-7750
Facsimile: (916) 781-7706

ROBERT E. BADGER (SBN 6453)
Pioneer Plaza, Suite 1140
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: (808) 566-0855
Facsimile: (808) 566-0955

Attorneys for Plaintiffs
SUZANNE FARROW, TRACY
TREVILLYAN REVOCABLE TRUST

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 01 2007

at 9 o'clock and 15 min. a.M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SUZANNE FARROW, TRACY TREVILLYAN REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRA KONA COFFEE LLC, a Hawaii Limited Liability Company,<br><br>Defendant. | Case No. 03-00121 SPK-BMK<br><br>RELEASE AND SATISFACTION OF JUDGMENT |

## RELEASE AND SATISFACTION OF JUDGMENT

Plaintiffs SUZANNE FARROW and TRACY TREVILLYAN REVOCABLE TRUST hereby release the Judgment in the Civil Case recorded in the Bureau of Conveyances, State of Hawaii, on June 15, 2004 as Document No. 2004-119557.

Date: May 24, 2007

ROBERT E. BADGER
Attorney for Plaintiffs
SUZANNE FARROW, TRACY
TREVILLYAN REVOCABLE TRUST